CAESAR FRANCINI, Respondent, v. B. A. AND G. N. WILLIAMS, Appellant.—
Judgment and order unanimously reversed and a new trial ordered, with costs to
the appellant to abide the event, on the ground that the verdict is against the
weight of the credible evidence. Present — Martin, P. J., Glennon, Dore, Cohn
and Callahan, JJ.

GRAND UNION STORES, INC., Respondent, v. GENERAL ACCIDENT, FIRE AND
LIFE ASSURANCE CORPORATION, LTD., Appellant.— Order unanimously affirmed,
with twenty dollars costs and disbursements. No opinion. Present — Martin,
P. J., Glennon, Dore, Cohn and Callahan, JJ.

EMMA J. SHANNON, Respondent, v. HARBOR HOTEL COMPANY, INC., Appellant.—
Judgment unanimously reversed, with costs, and the complaint dismissed, with
costs, on the ground that on the undisputed facts there was no actionable negli-
gence proved. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN FRANCIS STRAUSS and Another, Respondents, v. LOUIS KAUFMANN, Individ-
ually and as Surviving Partner of KAUFMANN BROTHERS, etc., Appellants,
Impleaded with Another.— Order unanimously affirmed, with twenty dollars
costs and disbursements. No opinion. Present — Martin, P. J., Glennon,
Dore, Cohn and Callahan, JJ.

ELIZABETH VALENTINO, Respondent, v. 2403 CRESTON AVENUE REALTY CORP.,
Appellant.— Judgment unanimously reversed, with costs, and the complaint
dismissed, with costs, on the ground that plaintiff failed to establish facts sufficient
to constitute a cause of action. Present — Martin, P. J., Glennon, Dore, Cohn
and Callahan, JJ.

JOSEPHINE JOYCE and MAURICE C. JOYCE, Appellants, v. THE HORN & HARDART
COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No
opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

CHARLES C. HOGE and Others, Appellants, v. THE NEW YORK TRUST COM-
PANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and
disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and
Callahan, JJ.

In the Matter of RALPH L. SHAINWALD, Deceased. CENTRAL HANOVER BANK
& TRUST COMPANY, Petitioner, Respondent; RALPH L. SHAINWALD VON AHLE-
FELDT, Appellant; MAISIE DE KERCHOVE and Others, Respondents.— Decree
unanimously affirmed, with costs to the respondents payable out of the fund. No
opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ETHEL BUTTERWORTH, Also Known as Mrs. CHARLES BUTTERWORTH, Respond-
ent, v. THE HOME INSURANCE COMPANY, Appellant.— Judgment and order unani-
mously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon,
Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of CITY BANK FARMERS
TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COM-
PANY), as Trustee under the Last Will and Testament of EMMA J. MASON, Deceased.
CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., Appellant; EDITH WEBB
and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed,
with costs to the infant respondents. No opinion. Present — Martin, P. J.,
Glennon, Dore, Cohn and Callahan, JJ.